IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WILLIAM COLEMAN SCROGGINS,  )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      1:25cv752-MHT
                            )          (WO)
CAPT. BAXLEY, et al.,       )
                            )
     Defendants.            )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time was incarcerated in the Dale County Jail in Ozark, Alabama, filed this lawsuit asserting a claim of unconstitutional denial of necessary treatment for his serious medical needs, including liver failure and skin cancer. He contends that jail staff repeatedly informed him that they do not have to provide medical care for preexisting conditions. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a directive to keep the court informed of changes of

address and because his whereabouts are unknown. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of January, 2026.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE